**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**UNITED STATES OF AMERICA**

       - against -                                  20-cr-270 (JGK)

**SHAWN OLSZEWSKI,**                                  <u>**ORDER**</u>

              **Defendant.**
————————————————————————

**JOHN G. KOELTL, District Judge:**

    The conference scheduled for May 22, 2020 is adjourned to **June 24, 2020** at **10:00 A.M.**

    Because a continuance is needed to assure the effective assistance of counsel, to allow the defense to review discovery, and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **May 13, 2020,** until **June 24, 2020,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

    **SO ORDERED.**

**Dated:**    **New York, New York**
              **May 13, 2020**                              _____/s/ John G. Koeltl_____
                                                               **John G. Koeltl**
                                                 **United States District Judge**