**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────

**UNITED STATES OF AMERICA**

      - against -                              20-cr-270 (JGK)

**SHAWN OLSZEWSKI,**                                <u>**ORDER**</u>

            **Defendant.**
───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The conference scheduled for July 24, 2020 at 9:00 A.M. is adjourned to **October 2, 2020 at 11:30 A.M.**

    Because a continuance is needed to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **July 14, 2020,** until **October 2, 2020,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
             **July 14, 2020**                        /s/ John G. Koeltl
                                                     **John G. Koeltl**
                                          **United States District Judge**